# EXHIBIT B

[Screenshot of houzz.com webpage showing "Breezy Modern Home" by Mackenzie Collier Interiors — Transitional Bathroom, Phoenix, 31 Reviews. Page includes bathroom photo, description beginning "Inspiration for a large transitional master beige tile and stone tile travertine floor bathroom remodel in Phoenix with a vessel sink, marble countertops, gray walls, flat-panel cabinets and black cabinets — Houzz", and Related Products / Sponsored Products listings with prices: $1,291.05, $899.00, $241.99, $283.84, $1,499.99, $314.99, $633.00, $42.01, $166.24, $263.17, $49.99, $253.33. URL: https://www.houzz.com/photos/breezy-modern-home-transitional-bathroom-phoenix-phvw-vp-6923150]

houzz

Search Photos, Products, Pros & More...

Sign In | Join as a Pro

PHOTOS | SHOP BY DEPARTMENT | FIND PROFESSIONALS | RUG SALE | STORIES & ADVICE | SALE

Mackenzie Collier Interiors
★★★★★ 31 Reviews

### Breezy Playroom
Transitional Kids, Phoenix

All Rooms | Baby & Kids | Kids' Room Photos

This master bathroom originally had a very Tuscan look, and we tried to minimize the amount of travertine tile by re-painting the walls a very modern, neutral light gray and placing a large

Read More

Home design - large transitional home design idea in Phoenix
— Houzz

**Other Photos in Breezy Modern Home**

People who liked this photo also liked

**Related Photos**

**Sponsored Products**

$405.89
$103.99
$103.99
$406.79   $175.49

This photo has no questions

Ask a Question

Have a question about this photo? Ask our community.

This Photo was added to 76 ideabooks, including

Added to cocoefb's ideas:
"bridge photo from Ikea, for hallway"