**MURPHY CORDIER PLC**
2025 North Third Street, Suite 200
Phoenix, Arizona 85004
Telephone: (602) 274-9000
Facsimile: (602) 795-5896

Alicia M. Casale (State Bar No. 019873)
   *alicia@mcattorneys.com*
Chase E. Halsey (State Bar No. 023247)
   *chase@mcattorneys.com*

*Attorneys for Defendant Mackenzie Collier Interiors, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SKIP NALL,<br><br>    Plaintiff,<br><br>v.<br><br>MACKENZIE COLLIER INTERIORS, LLC, an Arizona limited liability company,<br><br>    Defendant. | Case No. 2:19-cv-01186-SRB<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |

Defendant Mackenzie Collier Interiors, LLC ("MCI"), submits this Answer to Plaintiff Skip Nall's ("Plaintiff") Complaint. MCI admits, denies, and alleges as follows:

### NATURE OF THE ACTION

1. MCI admits this is an action for alleged copyright infringement. MCI denies the balance of the allegations in paragraph 1. Specifically, MCI is without knowledge or information related to Plaintiff's alleged copyright in the photograph called Jungle Journey and therefore denies the same.

## JURISDICTION AND VENUE

2. MCI admits the allegations in paragraph 2.

3. MCI admits the allegations in paragraph 3.

4. MCI admits the allegations in paragraph 4.

## PARTIES

5. Answering paragraph 5, MCI is without sufficient knowledge or information as to the allegations contained therein and therefore denies the same.

6. MCI admits the allegations in paragraph 6.

## STATEMENT OF FACTS

7. Answering paragraph 7, MCI is without sufficient knowledge or information as to the allegations contained therein and therefore denies the same.

8. Answering paragraph 8, MCI is without sufficient knowledge or information as to the allegations contained therein and therefore denies the same.

9. Answering paragraph 9, MCI is without sufficient knowledge or information as to the allegations contained therein and therefore denies the same.

10. MCI admits the allegations in paragraph 10.

11. MCI admits the allegations in paragraph 11.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. MCI incorporates by reference herein the responses to Paragraphs 1 through 11 of the Complaint as if fully set forth herein.

13. Answering paragraph 13, MCI is without sufficient knowledge or information as to the allegations contained therein and therefore denies the same.

14. Answering paragraph 14, MCI is without sufficient knowledge or information as to the allegations contained therein and therefore denies the same.

15. MCI denies the allegations in paragraph 15.

16. MCI denies the allegations in paragraph 16.

17. MCI denies the allegations in paragraph 17.

18. MCI denies the allegations in paragraph 18.

## PRAYER FOR RELIEF

MCI denies that Plaintiff is entitled to any relief.

## DEMAND FOR JURY TRIAL

MCI admits that Plaintiff has made a demand for a jury trial.

## GENERAL DENIAL

MCI denies each and every allegation not expressly admitted to above.

## AFFIRMATIVE DEFENSES

1. Without conceding the Plaintiff has suffered any damages as a result of any alleged wrongdoing by MCI, Plaintiff's claims may be barred to the extent he failed to mitigate damages, if any.

2. MCI reserves its right to add such affirmative defenses as become evident through the course of discovery in this case.

/ / /

/ / /

/ / /

WHEREFORE, MCI requests that the Court dismiss the Complaint with prejudice, award judgment in its favor, award its attorneys' fees and costs associated with the defense of this matter and award all other just and proper relief.

DATED this 20th day of March 2019.

**MURPHY CORDIER PLC**

By: /s/ Chase E. Halsey
Alicia M. Casale
Chase E. Halsey
*Attorneys for Defendant Mackenzie Collier Interiors, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Richard P. Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
RL@LiebowitzLawFirm.com
*Attorney for Plaintiff Skip Nall*

*/s/ Tiffany J. Hayes*