# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skip Nall,<br><br>           Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>           Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

On March 21, 2019, the Court issued an Order setting a Rule 16 Scheduling Conference for April 23, 2019. The Order directed the parties to "jointly file the Case Management Report with the Clerk not less than seven days before the Case Management Conference." As of the date of this Order no Proposed Case Management plan has been filed.

**IT IS ORDERED** vacating the Rule 16 Scheduling Conference set on **April 23, 2019**.

**IT IS FURTHER ORDERED** directing Plaintiff to show cause in writing within **seven days** of the date of this Order for his failure to comply with the Court's Order and the Federal Rules of Civil Procedure. The Court will dismiss this case without further notice if Plaintiff fails to show cause in writing within seven days.

Dated this 18th day of April, 2019.

_____
Susan R. Bolton
United States District Judge