**Liebowitz Law Firm, PLLC**
Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 25, 2019

**VIA ECF**

Honorable Susan R. Bolton
United States District Court
District of Arizona (Phoenix)
401 Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

Re:   *Nall v. Mackenzie Collier Interiors, LLC,* 1:19-cv-1186 (PHX-SRB)

Dear Judge Bolton

    We represent Plaintiff Skip Nall in the above-captioned case and write in response to Your Honor's order to show cause, dated April 18, 2019 [Dkt. #15]

    As a result of administrative error in receiving the Court's ECF notices, Plaintiff was unaware of the Court's March 21, 2019 order. [Dkt. #12]  We have rectified the error and respectfully request an additional 21 days to meet and confer with defense counsel to complete the Case Management Report.

                           Respectfully Submitted,

                           **s/richardliebowitz/**
                           Richard Liebowitz

                           *Counsel for Plaintiff Skip Nall*