**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Skip Nall, | No. CV-19-01186-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Mackenzie Collier Interiors LLC, | |
| Defendant. | |

Plaintiff having responded to this Court's Order to Show Cause issued on April 18, 2019;

IT IS ORDERED resetting the Rule 16 Case Management Conference for **May 28, 2019, at 10:30 a.m.**

IT IS FURTHER ORDERED that the Joint Proposed Case Management Plan shall be filed no later than **May 21, 2019.**

Dated this 29th day of April, 2019.

Susan R. Bolton
United States District Judge