UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

---------------------------------------------------------------- x
                                                                 :
SKIP NALL,                                                       :
                                                                 :
        Plaintiff,      :    Docket No. 19-cv-1186-PHX-SRB
                                                                 :
    - against -                                :
                                                                 :
MACKENZIE COLLIER INTERIORS, LLC                                 :
                                                                 :
        Defendant.      :
                                                                 :
---------------------------------------------------------------- x

## JOINT DISCOVERY CASE MANAGEMENT PLAN

1. Plaintiff Skip Nall and Defendant MacKenzie Collier Interiors, LLC ("MacKenzie"), by and through their undersigned attorneys, hereby submit the following Rule 26(f) Report. Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580, 516-233-1550 counsel for Plaintiff and Chase E. Halsey, Murphy Cordier PLC, 2025 N. Third Street, Phoenix, Arizona 85004, 602-274-9000 counsel for Defendant met and conferred on May 21, 2019, and this report was prepared based on those discussions.

2. Plaintiff- Skip Nall, Defendant- MacKenzie Collier Interiors, LLC

3. Plaintiff Skip Nall brings an action of copyright infringement against MacKenzie alleging that MacKenzie displayed Nall's copyrighted photograph called Jungle Journey.

4. It is undisputed that the Court has subject matter jurisdiction under the Copyright Act and 28 U.S.C. § 1331.  Venue is appropriate in this District pursuant to 28 U.S.C.  1391(a)(2) because MacKenzie has its principal place of business in this district.
5. The defendant was served.
6. Plaintiff does not anticipate adding any additional parties.
7. Plaintiff anticipates moving for summary judgment on copyright liability
8. The parties do not want the case referred to the Magistrate Judge for settlement purposes.
9. No related cases.
10. The parties anticipate that discovery in this case will involve the production of hard copy documents and electronically stored information ("ESI").  The parties will meet and

confer in good faith throughout the course of discovery in an effort to avoid the need for any formal motions related to discovery of ESI.

11. The parties shall produce privilege logs within a reasonable time after production. The parties will confer in good faith on the ways to minimize the burden of privilege logs. The parties agree that any inadvertent disclosure of privileged material in the course of discovery shall not constitute a waiver of privilege, provided that the party who made the inadvertent disclosure promptly notifies the other party upon becoming aware of the disclosure.
12. An order under Rule 502(d) is not warranted.
13. Mackenzie was not provided notice regarding the pilot project when it was served. No mandatory initial discovery responses have been furnished by either party to date.
14. Sales information, profits, where the photograph was obtained from, licensing of the photograph and any fees charged for same.
    a. All discovery complete by September 31, 2019
15. The parties have not served their MIDP discovery responses.
16. 
    a. All discovery- Sept 31, 2019
    b. Expert- Oct 31, 2019
    c. Sept 1, 2019
17. Jury Trial
18. The parties will discuss settlement
19. None

Dated: Valley Stream, New York
May 21, 2019

      LIEBOWITZ LAW FIRM, PLLC

      By: */s/ Richard Liebowitz*
          Richard P. Liebowitz
      11 Sunrise Plaza, Suite 305
      Valley Stream, New York 11580
      Tel.: 516-233-1660
      E-mail: RL@liebowitzlawfirm.com

*Attorneys for Plaintiff*


      MURPHY CORDIER PLC


      By: */s/ Chase E. Halsey*
      Chase E. Halsey
      *Attorneys for Defendant*

3