IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| SKIP NALL,    )<br>   )<br>   Plaintiff,    )<br>   )<br>v.    )<br>   )<br>MACKENZIE COLLIER INTERIORS, LLC    )<br>   )<br>   Defendant.    )<br>   ) | CIVIL ACTION FILE NO.:<br>2:19-cv-01186-SRB |

**PLAINTIFF'S UNOPPOSED MOTION TO APPEAR
TELEPHONICALLY  AT RULE 16 CONFERENCE**

Plaintiff Skip Nall ("Plaintiff"), via counsel, respectfully moves the Honorable Court for leave to appear telephonically at the Rule 16 conference scheduled for May 28, 2019 at 10:30 a.m.  In support of this motion, Plaintiff states as follows:

1. This is a non-complex copyright infringement action involving a single photograph.

2. Plaintiff's counsel is based in New York and Plaintiff seeks to save costs and expenses of traveling to Arizona for a scheduling conference.

3. Defendant will not be prejudiced by Plaintiff's appearance via telephone.

4. On May 21, 2019, Plaintiff's counsel met and conferred with Defendant's counsel via e-mail who has indicated that Defendant has no opposition to the requested relief.

Accordingly, Plaintiff respectfully requests that this motion is granted.

Dated: May 22, 2019
    Valley Stream, NY

/s/richardpliebowitz/
Richard Paul Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plz., Ste. 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*