IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| SKIP NALL, | ) | CIVIL ACTION FILE NO.: |
| | ) | 2:19-cv-01186-SRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MACKENZIE COLLIER INTERIORS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

WHEREAS, Plaintiff Skip Nall ("Plaintiff"), via counsel, has moved the Court for leave to appear telephonically at the Rule 16 conference scheduled for May 28, 2019 at 10:30 a.m.

WHEREAS, Defendant Mackenzie Collier Interiors, LLC has no opposition to the requested relief.  Accordingly, upon good cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall appear telephonically at the Rule 16 conference scheduled for May 28, 2019 at 10:30 a.m. by calling the following telephone number: _____

Dated: May ___, 2019
      Phoenix, GA

**SO ORDERED:**

_____
Susan R. Bolton (U.S.D.J.)