# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skip Nall,<br><br>    Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>    Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

On May 22, 2019, Plaintiff filed an Unopposed Motion to Appear Telephonically at Rule 16 Conference (Doc. 19).

IT IS ORDERED that the Unopposed Motion to Appear Telephonically at Rule 16 Conference will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

Dated this 22nd day of May, 2019.

_____
Susan R. Bolton
United States District Judge