# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skip Nall,<br><br>                Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>                Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

WHEREAS, Plaintiff Skip Nall ("Plaintiff"), via counsel, has moved the Court for leave to appear telephonically at the Rule 16 conference scheduled for May 28, 2019 at 10:30 a.m., and Defendant Mackenzie Collier Interiors, LLC has no opposition to the requested relief. Accordingly, upon good cause shown,

IT IS HEREBY ORDERED that Plaintiff may appear telephonically at the Rule 16 Conference scheduled for **May 28, 2019 at 10:30 a.m.** by calling the following telephone number: 602-322-7570 five minutes prior to the hearing. No cell phones or speaker phones are permitted.

Dated this 23rd day of May, 2019.

_____
Susan R. Bolton
United States District Judge