**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan R. Bolton | **Date:** May 28, 2019 |
| **Case Number:** CV-19-01186-PHX-SRB | |
| **Nall v. Mackenzie Collier Interiors LLC** | |

| | | |
|---|---|---|
| **APPEARANCES:** | Richard Paul Liebowitz (not present) | Alicia Marie Casale |
| | **Plaintiff(s) counsel** | **Defense counsel** |

This is the time set for the second setting of the Scheduling Conference.  Plaintiff's counsel Richard Liebowitz is not present. The Court granted Plaintiff's counsel's request to appear telephonically for this hearing (Doc. 23).  Plaintiff's counsel failed to contact chambers as directed.  This Court's courtroom deputy contacted Plaintiff's counsel's office, was advised that counsel was not in the office and was provided his cell phone number.  When the cell phone number was called, a generic voice mail message did not identify that this was Plaintiff's counsel's voice mail box but stated that the voice mail box was full.  Plaintiff's counsel's office was called again and advised that Plaintiff's counsel could not be reached.

IT IS ORDERED vacating Rule 16 Scheduling Conference set this date.  The Court will issue an Order to Show Cause as to why this case should not be dismissed for Plaintiff's counsel's failure to follow Court Orders.

Deputy Clerk: Maureen Williams
Court Reporter: Laurie Adams

**Start: 10:38 AM**
**Stop:  10:41 AM**