IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skip Nall,<br><br>    Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>    Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

    Richard Liebowitz, counsel for Plaintiff Skip Nall is admitted to this court *pro hac vice*. This Court's rules require that attorneys admitted *pro hac vice* comply with the Rules of Practice of this Court. LRCiv 83.1 (b)(2). Mr. Liebowitz has repeatedly failed to comply with this Court's rules and has repeatedly violated Court Orders. The most recent violation of a Court Order was his failure to appear as directed for the Rule 16 Scheduling Conference on May 28, 2019.

    Each document Mr. Liebowitz has filed in this case has failed to comply with LRCiv 7.1. The Clerk's office has sent Mr. Liebowitz five Notices of Deficiency yet no attempts at compliance appear to have been made.

    Prior to service of the complaint Mr. Liebowitz was provided a Notice of this Court's participation in the MIDP pilot. The notice required that he serve a copy of the notice with the summons and complaint. He has admitted that he failed to do so and that he has failed to provide the MIDP responses (Doc18).

1    Mr. Liebowitz was previously issued an Order to Show Cause by this Court when he failed to comply with the Court's Order and the federal rules regarding the first date for the Rule 16 Scheduling Conference.  In response, Mr. Liebowitz filed a letter on the docket rather than a response meeting the requirements of LRCiv 7.1 claiming administrative errors and the Court gave him another chance to comply and reset the Rule 16 conference.

In advance of the second scheduled conference date Mr. Liebowitz filed a Motion to Appear Telephonically which the Court granted. The Order told Mr. Liebowitz the date and time of the conference, gave him the telephone number to call and told him to call five minutes prior to the hearing.  Mr. Liebowitz later filed a deficient Case Management Plan.

On May 28, 2019 Mr. Liebowitz failed to call the Court before the time set for the hearing.  Unsuccessful attempts were made to reach him at his office and on the cell phone number provided by his office. Approximately 10 minutes after the scheduled start of the 15-minute hearing, the Court convened with only counsel for Defendant present. The hearing was vacated because of Mr. Liebowitz's failure to appear.

IT IS ORDERED that Mr. Liebowitz show cause in writing within 7 days of the date of this Order why his *pro hac vice* status should not be revoked based on his repeated failures to comply with Court Orders and rules.

Dated this 31st day of May, 2019.

_____
Susan R. Bolton
United States District Judge