IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skip Nall,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>　　　　　Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

　　　　The Court has received Plaintiff's Response to Order to Show Cause. The Court will not revoke Mr. Liebowitz's *pro ha vice* status but will reconsider revocation if there is any future non-compliance with Court Orders. The Court will also set a Rule 16 Case Management Conference for the third time. Counsel for the Plaintiff shall be required to appear in person and will not be given permission to appear telephonically. If Mr. Liebowitz does not wish to travel to Phoenix to attend, then he will be required to have local counsel file a Notice of Appearance and attend as co-counsel for Plaintiff. Counsel who appears at the Case Management Conference shall be responsible for trial and have authority to enter into stipulations regarding all matters that may be discussed at the conference. The parties will be required to complete a compliant Joint Proposed Case Management Plan in the form and time set by separate Order. The parties must also be in

. . .

. . .

. . .

full compliance with the Mandatory Initial Discovery Pilot Project and have those responses made before the rescheduled Case Management Conference.

Dated this 10th day of June, 2019.

_____
Susan R. Bolton
United States District Judge