

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

July 10, 2019

Honorable Susan R. Bolton
United States District Judge
District of Arizona
401 West Washington Street
Phoenix, Arizona 85003

Re:     *Nall v. Mackenzie Collier Interiors LLC (2:19-cv-1186-SRB)*

Dear Judge Bolton,

We represent Plaintiff, Skip Nall, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

        Respectfully submitted,

        /s/Richard Liebowitz
        Richard P. Liebowitz

        *Counsel for Plaintiff Skip Nall*