**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Skip Nall,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>　　　　　Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

　　　The Court has received a letter from Plaintiff's counsel dated July 10, 2019 advising the Court that the case has settled.

　　　IT IS ORDERED striking Plaintiff's counsel's letter dated July 10, 2019 for failure to comply with LRCiv 7.1. (Doc. 30)

　　　Dated this 10th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　United States District Judge