IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| SKIP NALL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MACKENZIE COLLIER INTERIORS, LLC  )<br>  )<br>    Defendant.  )<br>  ) | CIVIL ACTION FILE NO.:<br>2:19-cv-01186-SRB |

**PLAINTIFF'S UNOPPOSED MOTION TO
DISCONTINUE ACTION FOR THIRTY DAYS
PENDING CONSUMMATION OF SETTLEMENT**

Plaintiff Skip Nall ("Plaintiff"), via counsel, respectfully moves the Honorable Court for an Order of discontinuance of the action on grounds that the parties have reached a settlement in principle.

1. Plaintiff requests that the Court dismiss the action, without prejudice and costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date of the proposed Court order (attached hereto).

2. In the event the parties require more than the 30 days to finalize the settlement, then either party shall be permitted to move the Court for an extension of time to consummate the settlement.

3. In the event the parties are unable to consummate the settlement, then either party may move to re-open the Action at which point the case shall proceed on the merits.

4. On July 10, 2019, Plaintiff's counsel met and conferred with Defendant's counsel who has indicated that Defendant has no opposition to the requested relief.

    5.   Accordingly, Plaintiff respectfully requests that this motion is granted.

Dated: July 10, 2019
       Valley Stream, NY

/s/richardpliebowitz/
Richard Paul Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plz., Ste. 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*