IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| SKIP NALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MACKENZIE COLLIER INTERIORS, LLC ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION FILE NO.: <br> 2:19-cv-01186-SRB |

## [PROPOSED] ORDER

WHEREAS, Plaintiff Skip Nall ("Plaintiff"), via counsel, has moved the Court for an order of discontinuance of this action for a period of thirty days pending the parties' consummation of a settlement in principle.

WHEREAS, Defendant Mackenzie Collier Interiors, LLC has no opposition to the requested relief. Accordingly, upon good cause shown,

IT IS HEREBY ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice and costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. In the event the parties require more than the 30 days to finalize the settlement, either party shall submit a letter to the Court. The Clerk of Court is directed to terminate the pending motions, deadlines, conferences, and this case.

Dated: July____, 2019
       Phoenix, GA

**SO ORDERED:**

_____
Susan R. Bolton (U.S.D.J.)