# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skip Nall,<br><br>      Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>      Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

Plaintiff having filed a Notice of Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set on July 16, 2019.

Dated this 11th day of July, 2019.

_____
Susan R. Bolton
United States District Judge