UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| SKIP NALL<br><br>                    Plaintiff,<br><br>v.<br><br>MACKENZIE COLLIER INTERIORS LLC<br><br>                    Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 2:19-cv-1186-SRB** |

IT IS HEREBY STIPULATED by Plaintiff Skip Nall and Defendant MacKenzie Collier Interiors LLC that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: August 9, 2019

*Attorneys for Plaintiff Skip Nall*

/s/Chase E. Hasley
MURPHY CORDIER PLC
2025 North 3rd Street, Suite 200 Phoenix, AZ 85004
602-441-1074
Chase@McAttorneys.com


*Attorneys for Defendant
Mackenzie Collier Interiors LLC*