# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skip Nall,<br><br>    Plaintiff,<br><br>v.<br><br>Mackenzie Collier Interiors LLC,<br><br>    Defendant. | No. CV-19-01186-PHX-SRB<br><br>**ORDER** |

The Court has reviewed the Stipulation of Settlement Dismissal of Civil Action With Prejudice (FRCP 41(a)(1)(A)(i)).

IT IS ORDERED dismissing this case with prejudice with each side to bear its own costs and attorneys' fees.

Dated this 12th day of August, 2019.

_____
Susan R. Bolton
United States District Judge